■ PAMELA SCHECHTER, Appellant, v CITY OF NEW YORK et al., Defendants, and CITY UNIVERSITY OF NEW YORK, Respon-

dent. [669 NYS2d 843] —In a claim to recover damages for personal injuries, the claimant appeals from a judgment of the Court of Claims (Mega, J.), entered November 27, 1996, which, upon the granting of the respondent's motion pursuant to CPLR 4401 to dismiss the claim as a matter of law, dismissed her claim.

Ordered that the judgment is affirmed, with costs.

We agree with the Court of Claims that the defect in the sidewalk where the accident occurred was too trivial to be actionable against the respondent (*see, Trincere v County of Suffolk,* 90 NY2d 976; *Guerrieri v Summa,* 193 AD2d 647; *Tisei v Angelo,* 238 AD2d 332). Sullivan, J. P., Friedmann, Florio and Luciano, JJ., concur.